IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **CRYSTAL S. SOLOMON,** | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. SA-22-CV-017-FB |
| **FREEDOM MORTGAGE CORPORATION,** | § § § | |
| Defendant. | § | |

### *ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT*

Before the Court is the Joint Motion to Dismiss filed pursuant to Federal Rule of Civil Procedure 41(a) on January 28, 2022 (docket #7). The parties advise they have resolved the issues between them and ask the Court to enter an Agreed Order dismissing this civil action with prejudice with each party to bear their own costs and fees. The Court finds the joint motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion to Dismiss (docket #7) is GRANTED such that IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case and all claims of the Plaintiff asserted against the Defendant in this case are DISMISSED WITH PREJUDICE to the re-filing of same with costs and fees to be borne by the party incurring same. All relief not expressly granted herein is DENIED. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 29th day of January, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE